IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO.: 5:11-CV-7-RLV-DCK

EVELYN SCOTT,

    Plaintiff,

v.

NORTH CAROLINA FARM BUREAU
MUTUAL INSURANCE COMPANY, INC.,
and JUERITA WADDELL,

    Defendants.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) concerning William Ross DeJean, filed March 30, 2011. Mr. DeJean seeks to appear as counsel *pro hac vice* for all Defendants (N.C. Farm Bureau Mutual Ins. Co. and Juerita Waddell).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. DeJean is admitted to appear before this court *pro hac vice* on behalf of all Defendants (N.C. Farm Bureau Mutual Ins. Co. and Juerita Waddell).

Signed: March 30, 2011

David C. Keesler
United States Magistrate Judge