# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:11-CV-007-RLV-DCK

| | | |
|---|---|---|
| LARRY SCOTT and <br> EVELYN SCOTT, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH CAROLINA FARM BUREAU <br> MUTUAL INSURANCE COMPANY, <br> INC. and JUERITA WADDELL, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding Defendant "North Carolina Farm Bureau Mutual Insurance Company's Motion To Quash Jury Demand" (Document No. 12) filed October 24, 2011. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

As an initial matter, the undersigned notes that Defendant's pending motion does not appear to have met the Requirement of Consultation, pursuant to Local Rule 7.1 (B). In addition, Plaintiffs' response to the pending motion was due by November 10, 2011 and no response, or motion for extension of time, has been filed. Under these circumstances, the Court will *sua sponte* allow Plaintiffs an extension of time to file an appropriate response, informing the Court of their position on the pending motion and providing relevant authority supporting that position.

**IT IS, THEREFORE, ORDERED** that Plaintiffs shall file a response to "North Carolina Farm Bureau Mutual Insurance Company's Motion To Quash Jury Demand" (Document No. 12) on or before **November 29, 2011**.

**SO ORDERED**.

Signed: November 18, 2011

David C. Keesler
United States Magistrate Judge