# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:11-CV-007-RLV-DCK

| | |
|---|---|
| LARRY SCOTT and EVELYN SCOTT, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NORTH CAROLINA FARM BUREAU ) | |
| MUTUAL INSURANCE COMPANY, ) | |
| INC. and JUERITA WADDELL, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER IS BEFORE THE COURT** on "North Carolina Farm Bureau Mutual Insurance Company's Motion To Quash Jury Demand" (Document No. 12) filed October 24, 2011. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion, without prejudice.

The undersigned finds that ruling on this motion prior to the presiding district judge's ruling on the pending dispositive motions (Document Nos. 22-24) would be premature. Defendant may re-file this motion, if necessary and appropriate, following the Court's ruling on the dispositive motions.

In addition, the undersigned observes that the revised mediation deadline was April 1, 2012. (Document No. 21). To date, the parties have failed to file a report on the results of mediation, and the time to do so has lapsed.

**IT IS, THEREFORE, ORDERED** that "North Carolina Farm Bureau Mutual Insurance Company's Motion To Quash Jury Demand" (Document No. 12) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the parties shall file a report, jointly if possible, on the results of their mediation and **SHOW CAUSE** why a timely report on the results of mediation was not filed, on or before **April 20, 2012**.

Signed: April 12, 2012

David C. Keesler
United States Magistrate Judge