UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:11-cv-0007-RLV-DCK

LARRY SCOTT and wife )
EVELYN SCOTT )
 )
       Plaintiffs, )
 )
versus. )
 )
NORTH CAROLINA FARM BUREAU )
MUTUAL INSURANCE COMPANY, )
INC. and JUERITA WADDELL )
 )
       Defendants. )

## ORDER

Considering the foregoing Rule 41(a) Joint Stipulation of Dismissal with Prejudice;

**IT IS ORDERED** that all claims against NORTH CAROLINA FARM BUREAU MUTUAL INSURANCE COMPANY and JUERITA WADDELL be dismissed with prejudice.

**IT IS FURTHER ORDERED** that each party will bear its own costs.

STATESVILLE, NORTH CAROLINA, this 2nd day of July, 2012.

_____
JUDGE, UNITED STATES DISTRICT COURT

1